McCARTER & ENGLISH, LLP
245 Park Avenue
New York, NY 10167-0001
(212) 609-6800
Attorneys for Victory Wholesale Grocers

MISC 08 134

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.
MAR 05 2008
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>THE NUTRASWEET COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>VICTORY WHOLESALE GROCERS,<br>et al.,<br><br>Defendants. | : : : : : : : : : : : : : | CASE NO. C-1-99-371  SIFTON. J<br>U.S. District Court<br>Southern District of Ohio<br>Western Division<br>Judge Weber<br>Magistrate Judge Hogan<br><br>**NOTICE OF MOTION**<br>**TO QUASH SUBPOENA**<br><br>**Hearing Date:** |

TO: RODNEY A. BROWN, ESQ.
    The Brown Law Group, P.C.
    Two Grand Central Tower, #25
    140 East 45th Street
    New York, NY 10017
    Attorneys for Plaintiffs

    GEOFFREY POTTER, ESQ.
    Kramer Levin Naftalis & Frankel, LLP
    1177 Avenue of the Americas
    New York, NY 10036

SIRS:

PLEASE TAKE NOTICE that on such date and location set by the Court, the undersigned attorneys for Victory Wholesale Grocers will apply to the United States District Court for the Eastern District of New York, for an Order (1) quashing Monsanto Company's Subpoena issued to Kramer Levin Naftalis & Frankel, LLP, and (2) for such other relief as the Court may be deem appropriate.

ME1 7187684v.1

PLEASE TAKE FURTHER NOTICE that in support thereof, the undersigned shall rely on the accompanying Memorandum of Law and Certification of William D. Wallach. Oral argument is requested.

McCARTER & ENGLISH, LLP<br>
Attorneys for Victory Wholesale Grocers<br><br>
By: _____<br>
WILLIAM D. WALLACH<br>
A Member of the Firm

Dated: March 5, 2008